NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN R. SHORETTE,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1175

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-4698, Chief Judge Margaret C. Bartley, Judge Amanda L. Meredith, and Judge Scott Laurer.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Karen R. Shorette's unopposed motion to voluntarily dismiss her appeal with each party to bear its own costs, *see* Fed. R. App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                                           SHORETTE v. MCDONOUGH

(2)  Each side shall bear its own costs.

FOR THE COURT



March 5, 2024                              Jarrett B. Perlow
Date                                          Clerk of Court

ISSUED AS A MANDATE:  March 5, 2024